# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

EVELYN UMAJINGA-UMAJINGA,

Petitioner,

v.

DAVID VENTURELLA, *et al.*,

Respondents.

Case No. 26–cv–09289–ESK

OPINION AND ORDER

**THIS MATTER** is before the Court on petitioner Evelyn Umajinga-Umajinga's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Petition) (ECF No. 1.)   Respondents oppose the Petition.   (ECF No. 4.)

1.    Petitioner is a citizen of Ecuador and entered the United States on or about August 19, 2022.   (ECF No. 4–1 p. 1.)

2.    She was encountered at the border and processed for expedited removal.   (*Id.* p. 2.)   She was enrolled in the alternatives to detention program and released on September 5, 2022.   (*Id.*)

3.    On July 22, 2026, Immigration and Customs Enforcement (ICE) took petitioner into custody and detained her without a bond hearing.   (ECF No. 4 pp. 1, 2.)

4.    An asylum officer conducted a credible fear interview that same day. (*Id.* p. 3.)

5.    This Petition followed on July 23, 2026.   (ECF No. 1.)

6.    Under 28 U.S.C. § 2241(c), habeas relief may be extended to a prisoner only when he "is in custody in violation of the Constitution or laws or treaties of the United States."   28 U.S.C. § 2241(c)(3).   A federal court has jurisdiction over such a petition if the petitioner is "in custody" and the custody is allegedly "in violation of the Constitution or laws or treaties of the United States."   28 U.S.C. § 2241(c)(3); *Maleng v. Cook*, 490 U.S. 488, 490 (1989).

7.    Respondents assert that petitioner is properly detained pursuant to 8 U.S.C. § 1225(b)(1)(B)(iii)(IV) because she was "(i) apprehended at a port of

entry or near the border, (ii) placed into expedited removal proceedings, and (iii) has a credible fear claim pending before an asylum officer." (ECF No. 4 p. 3.) "Thus, [p]etitioner falls under the mandatory detention requirements of §1225(b)(1)'" (*Id.*)

8. Petitioner had a credible fear hearing on July 22, 2026 and is awaiting the results of that hearing. (ECF No. 4–1 p. 3.)

9. Noncitizens subject to expedited removal proceedings "shall be detained pending a final determination of credible fear of persecution and, if found not to have such a fear, until removed." 8 U.S.C. §1225(b)(1)(B)(iii)(IV).

10. Accordingly, petitioner's detention is mandatory pending the results of her credible fear hearing.

Accordingly,

**IT IS** on this **10th** day of **August 2026** **ORDERED** that:

1. Petitioner's § 2241 Petition is **DENIED**.

2. Any restrictions imposed on petitioner's location by this Court are **LIFTED**.

3. The Clerk shall **CLOSE** this case.

*/s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**